**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

MADISON HOFFACKER,

Plaintiff,

v.

THE HERSHEY COMPANY / HERSHEY'S
SALTY SNACKS, et al.,

Defendants.

CASE NO. 1:25-CV-492-HAB-ALT

## OPINION AND ORDER

Pro se Plaintiff Madison Hoffacker filed a complaint against her former employer on September 15, 2025. (ECF 1). Alongside the complaint, she also filed a motion for leave to proceed *in forma pauperis*. (ECF 2). The Court denied that motion and granted Hoffacker until October 30, 2025, to pay the $405.00 filing fee. (ECF 3). The order cautioned her that if the fee was not paid, this case would be dismissed without further notice. (*Id.*). The deadline passed, but Hoffacker did not respond.

For these reasons, this case is DISMISSED WITHOUT PREJUDICE for nonpayment of the filing fee.

SO ORDERED on November 20, 2025.

s/ *Holly A. Brady*
CHIEF JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT